IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL RIENDEAU | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 23-cv-3250 |
| | : | |
| DELAWARE VALLEY UNIVERSITY, et al., | : | |
| Defendants. | : | |

## SCHEDULING ORDER

AND NOW, this 23rd day of May, 2024, it is **ORDERED** that a teleconference is scheduled in the above-captioned matter on **June 18, 2024** at **2:00 P.M**. The call-in information will be emailed to counsel by chambers.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE